PATRICIA L. McCABE
California State Bar No. 156634
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406-3874
(818) 907 9726; Fax: (818) 907 6384
email: plmccabe@aol.com

Attorney for Plaintiff,
        JASON TRIPET DIEL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | | |
|---|---|---|
| JASON TRIPET DIEL, | ) | Case No.: CV-11-02397-SP |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR AN |
| | ) | AWARD OF ATTORNEY'S FEES |
| MICHAEL J. ASTRUE, | ) | UNDER THE EQUAL ACCESS TO |
| Commissioner, Social Security, | ) | JUSTICE ACT (EAJA) |
| | ) | |
| Defendant. | ) | Judge: Honorable Sheri Pym |
| _____ | ) | |

Based upon the Motion For An Award of Attorney's Fees Under the Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees be paid under EAJA in the amount of Seven Thousand Sixty One and 07/100 Dollars ($7,061.07), pursuant to 28 U.S.C. § 2412(d), payable to Counsel for Plaintiff pursuant to an assignment clause indicated in the Amended Fee Agreement dated March 17, 2011.

IT IS SO ORDERED.

Date: _July 18, 2012_____          _____/s/_____

SHERI PYM
UNITED STATES MAGISTRATE JUDGE