PATRICIA L. McCABE
California State Bar No. 156634
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406-3874
(818) 907 9726; Fax: (818) 907 6384
email: plmccabe@aol.com

Attorney for Plaintiff,
    JASON TRIPET DIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| JASON TRIPET DIEL, | ) | Case No.: CV-11-02397-SP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| MICHAEL J. ASTRUE, Commissioner, Social Security, | ) ) ) | |
| Defendant. | ) | Judge: Honorable Sheri Pym |

Based upon the Motion For An Award of Attorney's Fees Under the Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees be paid under EAJA in the amount of Seven Thousand Sixty One and 07/100 Dollars ($7,061.07), pursuant to 28 U.S.C. § 2412(d), payable to Counsel for Plaintiff pursuant to an assignment clause indicated in the Amended Fee Agreement dated March 17, 2011.

IT IS SO ORDERED.

Date: _July 18, 2012_                              _____/s/_____
                                                    SHERI PYM
                                                    UNITED STATES MAGISTRATE JUDGE